**Maria and Robert BRADY, Jr., Respondents**

v.

**William M. URBAS, D.P.M., Petitioner.**

Supreme Court of Pennsylvania.

July 16, 2014.

## ORDER

PER CURIAM.

AND NOW, this 16th day of July, 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. The issue, as stated by Petitioner, is:

Did the Superior Court of Pennsylvania err in adopting a blanket prohibition on evidence of a surgeon's communication to the plaintiff of potential risks and complications of planned surgery in a medical malpractice case, not involving a separate battery claim for lack of informed consent, and in failing to afford sufficient deference to the trial judge's determination of relevance and denial of a new trial, when the trial judge presented a reasonable explanation for his decision?